# THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: Bengal Five LLC dba Super 8 Hotel, Debtor(s).<br>7024 McCutcheon Road<br>Chattanooga, TN 37421<br><br>82-1430989 | 1:23-bk-12861-NWW<br><br>Chapter 11<br>Judge Whittenburg |

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Jonathan Skrmetti
Attorney General and Reporter

*s/ Marvin E. Clements, Jr.*
Marvin E. Clements, Jr.
Senior Assistant Attorney General
BPR No. 016031
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: (615) 741-1935    Fax: 615-741-3334
Email: marvin.clements@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify that on December 20, 2023 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

*s/ Marvin E. Clements, Jr.*
Marvin E. Clements, Jr.
Senior Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee<br>31 E 11th Street<br>4th Floor<br>Chattanooga, Tennessee  37402 | David J. Fulton<br>Attorney for the Debtor(s)<br>Scarborough & Fulton<br>620 Lindsay St Suite 240<br>Chattanooga, TN 37403 |