**Fill in this information to identify the case:**

Debtor name: Bengal Five LLC d/b/a Super 8 Motel

United States Bankruptcy Court for the: Eastern District of Tennessee

Case number (If known): 1:23-bk-12861-NWW

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Hamilton County Property Tax<br>625 Georgia Avenue, Room 210<br>Chattanooga, TN, 37402 | | Taxes & Other Government Units | | | | 88,000.00 |
| 2 | Wyndham Corporate<br>22 Sylvan Way<br>Parsippany, NJ, 07054 | | Franchise Fee | | | | 54,943.00 |
| 3 | Biz2Credit<br>1 Penn Plaza, 31st Floor<br>New York, NY, 10119 | | Monies Loaned / Advanced | | | | 39,840.00 |
| 4 | Tennessee Department of Revenue<br>ATTN: Bankruptcy<br>500 Deadrick Street<br>Nashville, TN, 37242 | | Taxes & Other Government Units | | | | 35,044.98 |
| 5 | Hamilton County Property Tax<br>625 Georgia Avenue, Room 210<br>Chattanooga, TN, 37402 | | Taxes & Other Government Units | | | | 19,000.00 |
| 6 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA, 19101-7346 | | Taxes & Other Government Units | | | | 15,337.37 |
| 7 | Ascentium Capital<br>23970 Highway 59 North<br>Humble, TX, 77339 | | Direct TV equipment purchase financing | | | | 9,832.00 |
| 8 | Southeastern Laundry<br>1105 Shana<br>Suite 1<br>Marietta, GA, 30066 | | Suppliers or Vendors | | | | 3,785.53 |

| Debtor | Bengal Five LLC d/b/a Super 8 Motel | Case number (if known) | 1:23-bk-12861-NWW |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |