**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) ) | |
| BENGAL FIVE, LLC, DBA SUPER 8 HOTEL | ) ) | No. 1:23-bk-12861-NWW |
|  | ) | Chapter 11 |
| Debtor | ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

4SIGHT LEGAL SERVICES, PLLC hereby files this Notice of Appearance and Request for Notices on behalf of the following persons, all of whom are duly-established members (hereinafter "Members") of BENGAL FIVE, LLC:

   MOHAMMED S, BABLU
   NADIA I. BABLU
   SHARNO ISLAM
   KABIR UDDIN
   MOHAMMED ABUL HOSSAIN
   RABBIKUL ISLAM

For the above-named parties in interest, and pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, 4SIGHT LEGAL SERVICES, PLLC hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

   J. Edward Nanney, Esq.
   4Sight Legal Services, PLLC
   620 Lindsay Street, Suite 220
   Chattanooga, Tennessee 37403
   Tel. (423) 305-1704
   Fax. (423) 305-1705
   E-mail:  ed@4sightlegalservices.com

Please take further notice that pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notice and papers referred to in the Rules specified above, but all other notices and papers, including, but not limited to: notices of any application, notice petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telegraph, telex or otherwise (1) that affects or seeks to affect, in any way, the rights or interests of any party in interest in this case with respect to (i) the Debtor, (ii) property in which the Debtor might claim an interest or the proceeds thereof, and (iii) property or proceeds thereof in possession, custody or control of the Debtor or others that the Debtor might seek to use; or (2) that requires, or seeks to require an act, delivery of any property, payment, or other conduct from the Debtor.

It is the intent of the aforementioned Members that neither this Notice of Appearance and Request for Notices nor any later appearance, pleading, claim or suit shall waive (1) these Members right to have final orders in noncore proceedings entered only after de novo review by the District Court, (2) the Members' right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Members' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupment to which the Members are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Members expressly reserve.

Respectfully submitted this 18th day of January, 2024.

                                          4SIGHT LEGAL SERVICES, PLLC

                                          By: /s/ J. Edward Nanney
                                          J. Edward Nanney, TN  BPR #009592
                                          620 Lindsay Street, Suite 220
                                          Chattanooga, Tennessee 37402
                                          Tel. (423) 305-1704
                                          Fax. (423) 305-1705
                                          Email: ed@4sightlegalservices.com
                                          Attorneys for
                                          MOHAMMED S. BABLU
                                          NADIA I. BABLU
                                          SHARNO ISLAM
                                          KABIR UDDIN
                                          MOHAMMED ABDUL HOSSAIN
                                          RABBIKUL ISLAM

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via First Class United States Mail with postage sufficient to deliver to its intended destination.

David J. Fulton, Esq.
Scarborough & Fulton
PO Box 11472
Chattanooga, Tennessee 37401
*Attorney for Debtor*

David Holesinger, Esq.
Office of the United States Trustee
Historic U.S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, Tennessee 37402
*Attorney for the U.S. Trustee*

U.S. Trustee
Historic U.S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, Tennessee 37402

Daniel M. Eliades, Esq.
Caitlin C. Conklin, Esq.
K&L GATES LLP
One Newark Center, Tenth Floor
1085 Raymond Boulevard
Newark, New Jersey 07102
*Attorneys for Super8 Worldwide, Inc.*

TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

Wade K. Cannon, Esq.
Gearhiser, Peters, Elliott & Cannon, PLLC
320 McCallie Avenue
Chattanooga, TN 37402
*Attorneys for Simply Bank*

This the 18th day of January, 2024.        By: /s/ J. Edward Nanney   TN BPR #009592