# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>BENGAL FIVE LLC D/B/A SUPER 8 HOTEL | CASE NO: 1:23-bk-12861-NWW<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 73 |

On 1/22/2024, I did cause a copy of the following documents, described below,

Application to Employ Kimberly Cambron as Attorney for Debtor ECF Docket Reference No. 73

Proposed Order Application to Employ Kimberly Cambron as Attorney for Debtor 73

Declaration of Kimberly Cambron 73

Motion to Shorten Time for Hearing 74

Proposed Order on Motion to Shorten Time for Hearing 74

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/22/2024

/s/ Kimberly Cambron
Kimberly Cambron  MI70317
Attorney for Debtor
FRESH START LAW PC
PO Box 6095
Oak Ridge, TN  37831
423 994 3389
kim@chattanoogalegalgroup.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>BENGAL FIVE LLC D/B/A SUPER 8 HOTEL | CASE NO: 1:23-bk-12861-NWW<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 73 |

On 1/22/2024, a copy of the following documents, described below,

Application to Employ Kimberly Cambron as Attorney for Debtor ECF Docket Reference No. 73

Proposed Order Application to Employ Kimberly Cambron as Attorney for Debtor 73

Declaration of Kimberly Cambron 73

Motion to Shorten Time for Hearing 74

Proposed Order on Motion to Shorten Time for Hearing 74

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/22/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kimberly Cambron
FRESH START LAW PC
PO Box 6095
Oak Ridge, TN  37831

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled (U)CDC, CERT, or EXCL were not served via First Class USPS Mail Service.

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 123-BK-12861-NWW<br>EASTERN DISTRICT OF TENNESSEE<br>MON JAN 22 9-19-30 PST 2024 | BENGAL FIVE LLC DBA SUPER 8 HOTEL<br>7024 MCCUTCHEON ROAD<br>CHATTANOOGA   TN 37421-1747 | ~~(U)SIMPLYBANK~~ |
| SUPER 8 WORLDWIDE  INC<br>CO KL GATES LLP<br>ATTN DANIEL M ELIADES  ESQ<br>ONE NEWARK CENTER<br>10TH FLOOR<br>NEWARK  NJ 07102-5237 | TN DEPT OF REVENUE<br>CO TN ATTORNEY GENERALS OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE  TN 37202-4015 | ~~EXCLUDE~~<br>~~1~~<br>~~UNITED STATES BANKRUPTCY COURT~~<br>~~31 EAST 11TH STREET~~<br>~~CHATTANOOGA   TN 37402-2722~~ |
| AVM<br>8925 TRANSPORT<br>OOLTEWAH  TN 37363-6551 | CITY OF CHATTANOOGATAX OFFICE<br>101 E 11TH ST<br>SUITE 100<br>CHATTANOOGA  TN 37402-4285 | GOLDEN MALTED<br>50 APPLIED BANK<br>GLEN MILLS  PA 19342-1091 |
| (P)HAMILTON COUNTY TRUSTEE<br>ATTN BANKRUPTCY DEPT<br>625 GEORGIA AVENUE ROOM 210<br>CHATTANOOGA TN 37402-1494 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | ITRIA VENTURES<br>110 PENN PLAZA<br>SUITE 3101<br>NEW YORK  NY 10119 |
| LAUNDRY EQUIPMENT<br>1506 W MEADOW CT<br>SEVIERVILLE  TN 37862-9359 | LEE CO<br>PO BOX 306053<br>NASHVILLE  TN 37230-6053 | SBA<br>PO BOX 3918<br>PORTLAND  OR 97208-3918 |
| SIMPLYBANK<br>CO WADE K CANNON  ESQ<br>320 MCCALLIE AVENUE<br>CHATTANOOGA  TN 37402-2007 | SUPER 8 WORLDWIDE  INC<br>CO KL GATES LLP<br>ATTN CAITLIN C CONKLIN  ESQ<br>ONE NEWARK CENTER  10TH FLOOR<br>NEWARK  NJ 07102-5237 | SYSCO<br>1390 ENCLAVE PARKWAY<br>HOUSTON  TX 77077-2099 |
| TENNESSEE DEPARTMENT OF REVENUE<br>1301 RIVERFRONT PARKWAY<br>SUITE 203<br>CHATTANOOGA  TN 37402-3312 | TENNESSEE DEPARTMENT OF REVENUE<br>CO ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE  TN 37202-4015 | US SMALL BUSINESS ADMINISTRATION<br>2 INTERNATIONAL PLAZA SUITE 500<br>NASHVILLE  TN 37217-2021 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~HISTORIC US COURTHOUSE~~<br>~~31 E ELEVENTH STREET~~<br>~~FOURTH FLOOR~~<br>~~CHATTANOOGA   TN 37402-2722~~ | WYNDAM HOTEL<br>ROOM 19952<br>22 SYLVEY WAY<br>PARSIPPANY  NJ 07054 | DAVID J FULTON<br>SCARBOROUGH  FULTON<br>620 LINDSAY STREET<br>SUITE 240<br>CHATTANOOGA  TN 37403-3461 |
| KABIR UDDIN<br>CO 4SIGHT LEGAL SERVICES  PLLC<br>620 LINDSAY STREET<br>SUITE 220<br>CHATTANOOGA  TN 37403-3461 | KIMBERLY CAMBRON<br>FRESH START LAW PC<br>PO BOX 6095<br>OAK RIDGE TN 37831-3954 | MOHAMMED ABUL HOSSAIN<br>CO 4SIGHT LEGAL SERVICES  PLLC<br>620 LINDSAY STREET<br>SUITE 220<br>CHATTANOOGA  TN 37403-3461 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled MAIL/EOT SERVICE were not served via First Class USPS Mail Service.

```
MOHAMMED S BABLU                    NADIA I BABLU                       RABBIKUL ISLAM
CO 4SIGHT LEGAL SERVICES  PLLC      CO 4SIGHT LEGAL SERVICES  PLLC      CO 4SIGHT LEGAL SERVICES  PLLC
620 LINDSAY STREET                  620 LINDSAY STREET                  620 LINDSAY STREET
SUITE 220                           SUITE 220                           SUITE 220
CHATTANOOGA   TN 37403-3461         CHATTANOOGA   TN 37403-3461         CHATTANOOGA   TN 37403-3461


SHARNO ISLAM
CO 4SIGHT LEGAL SERVICES  PLLC
620 LINDSAY STREET
SUITE 220
CHATTANOOGA   TN 37403-3461
```