

**SO ORDERED.**
**SIGNED this 21st day of February, 2024**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*/s/ Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| In re | Chapter 11 |
|---|---|
| Bengal Five LLC DBA Super 8 Hotel, | Case No. 23-12861 NWW |
| Debtor. | |

### ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

Caitlin C. Conklin, Esq. ("Movant"), on behalf of creditor Super 8 Worldwide, Inc. ("SWI"), having moved the Court for permission to appear telephonically at the hearing scheduled for Thursday, February 22, 2024, at 9:00 a.m. EST on the final hearing regarding Cash Collateral [Doc. 12], and for good cause shown; it is

**ORDERED,** that Movant may appear telephonically at the hearing in the above captioned case on Thursday, February 22, 2024, at 9:00 a.m. EST.

###

317781567.1

APPROVED FOR ENTRY:

K&L GATES LLP

By: /s/ Caitlin C. Conklin
Caitlin C. Conklin, Esq. *(Appearing Pro Hac Vice)*
(NJ Bar #114002014)
One Newark Center, 10th Floor
Newark, New Jersey 07102
Telephone:  (973) 848-4049
Email:  caitlin.conklin@klgates.com
*Attorneys for Super 8 Worldwide, Inc.*

317781567.1