

**SO ORDERED.**
**SIGNED this 4th day of March, 2024**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | |
| **BENGAL FIVE LLC d/b/a Super 8 Hotel** | **Case No. 1:23-bk-12861-NWW** |
| | **Chapter 11** |
| **Debtor.** | |

### ORDER GRANTING *EX PARTE* MOTION TO SHORTEN TIME

This matter is before the Court on Attorney Kimberly Cambron's *Ex Parte* Motion to Shorten Time to hear her Motion to Extend Time to File to Subchapter V Plan on March 14, 2024 at 9:00AM. It appears to the Court that good cause exists for the relief requested and no party will be prejudiced by the shortened notice date. It is therefore,

**ORDERED** that the notice period for the **MOTION TO EXTEND TIME TO FILE CHAPTER 11 SUBCHAPTER V PLAN** is shortened such that the motion can be heard on March 14, 2024 at 9:00AM.

IT IS SO ORDERED

###

Approved for Entry By:

*s/ Kimberly Cambron*
Kimberly Cambron (MI70317)
FRESH START LAW, PC
d/b/a Chattanooga Legal Group
PO Box 6095
Oak Ridge, TN 37831
(423) 994-3389
kim@chattanoogalegalgroup.com