

SO ORDERED.
SIGNED this 13th day of June, 2024

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

*Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Bengal Five LLC dba Super 8 Hotel** | ) | **No. 1:23-bk-12861-NWW** |
| | ) | **Chapter 11, Subchapter V** |
| **Debtor** | ) | |

## ORDER

This case is before the court on a motion to withdraw as counsel filed by the debtor's counsel. At a hearing held on June 13, 2024, the court found cause to grant the motion. For the reasons stated orally on the record, it is

ORDERED that the motion to withdraw as the debtor's counsel is GRANTED, and Kimberly Cambron's representation of the debtor shall cease at 5:00 p.m. (Eastern Time) on June 24, 2024; and it is

FURTHER ORDERED that because a corporate debtor cannot appear in court without counsel (E.D. Tenn. LBR 9010-2(a)), the debtor shall obtain counsel immedi-

ately, and upon retention, the debtor's new counsel shall promptly file a notice of appearance and a corresponding application to employ; and it is

FURTHER ORDERED that Kimberly Cambron shall file a final fee application for attorney fees and expenses as the debtor's counsel no later than July 3, 2024.

# # #