## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>BENGAL FIVE LLC D/B/A SUPER 8 HOTEL | CASE NO: 1:23-bk-12861-NWW<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 290 |

On 7/5/2024, I did cause a copy of the following documents, described below,

Final Application for Compensation and Proposed Order ECF Docket Reference No. 290

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/5/2024

/s/ Kimberly Cambron
Kimberly Cambron  MI70317

FRESH START LAW PC
PO Box 6095
Oak Ridge, TN  37831
423 994 3389
kim@chattanoogalegalgroup.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>BENGAL FIVE LLC D/B/A SUPER 8 HOTEL | CASE NO: 1:23-bk-12861-NWW<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 290 |

On 7/5/2024, a copy of the following documents, described below,

Final Application for Compensation and Proposed Order ECF Docket Reference No. 290

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/5/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kimberly Cambron
FRESH START LAW PC
PO Box 6095
Oak Ridge, TN  37831

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                              DEBTOR                                 EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING       BENGAL FIVE LLC DBA SUPER 8 HOTEL      (U)SIMPLYBANK
NCRS ADDRESS DOWNLOAD                  7024 MCCUTCHEON ROAD
CASE 123-BK-12861-NWW                  CHATTANOOGA   TN 37421-1747
EASTERN DISTRICT OF TENNESSEE
FRI JUL 5 11-12-37 PST 2024



                                                                              EXCLUDE
SUPER 8 WORLDWIDE  INC                 TN DEPT OF REVENUE                     1
CO KL GATES LLP                        CO TN ATTORNEY GENERALS OFFICE         UNITED STATES BANKRUPTCY COURT
ATTN DANIEL M ELIADES  ESQ             BANKRUPTCY DIVISION                    31 EAST 11TH STREET
ONE NEWARK CENTER                      PO BOX 20207                           CHATTANOOGA   TN 37402-2722
10TH FLOOR                             NASHVILLE   TN 37202-4015
NEWARK  NJ 07102-5237



AVM                                    (P)ASCENTIUM CAPITAL                   BIZ2CREDIT
8925 TRANSPORT                         ATTN DOMINIC DILORETO                  1 PENN PLAZA  31ST FLOOR
OOLTEWAH  TN 37363-6551                239070 US 59 NORTH                     NEW YORK  NY 10119-3100
                                       KINGWOOD  TX 77339



CITY OF CHATTANOOGA                    GOLDEN MALTED                          HAMILTON COUNTY PROPERTY TAX
100 E 11TH ST                          50 APPLIED BANK                        625 GEORGIA AVENUE  ROOM 210
SUITE 200                              GLEN MILLS  PA 19342-1091              CHATTANOOGA   TN 37402-1494
CHATTANOOGA  TN 37402-4288



(P)HAMILTON COUNTY TRUSTEE             INTERNAL REVENUE SERVICE               INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY DEPT                   CENTRALIZED INSOLVENCY OPERATIONS      PO BOX 7346
625 GEORGIA AVENUE ROOM 210            PO BOX 7346                            PHILADELPHIA  PA 19101-7346
CHATTANOOGA TN 37402-1494              PHILADELPHIA  PA  19101-7346



ITRIA VENTURES                         ITRIA VENTURES LLC                     LAUNDRY EQUIPMENT
110 PENN PLAZA                         C KEVIN KOBBE                          1506 W MEADOW CT
SUITE 3101                             DLA PIPER LLP US                       SEVIERVILLE  TN 37862-9359
NEW YORK  NY 10119                     650 SOUTH EXETER STREET  SUITE 1100
                                       BALTIMORE  MD 21202-4576



LEE CO                                 SBA                                    SIMPLYBANK
PO BOX 306053                          PO BOX 3918                            CO WADE K CANNON  ESQ
NASHVILLE  TN 37230-6053               PORTLAND  OR 97208-3918                320 MCCALLIE AVENUE
                                                                              CHATTANOOGA  TN 37402-2007



SOUTHEASTERN LAUNDRY                   SUPER 8 WORLDWIDE  INC                 SYSCO
1105 SHANA                             CO KL GATES LLP                        1390 ENCLAVE PARKWAY
SUITE 1                                ATTN CAITLIN C CONKLIN  ESQ            HOUSTON  TX 77077-2099
MARIETTA  GA 30066-2777                ONE NEWARK CENTER  10TH FLOOR
                                       NEWARK  NJ 07102-5237



TENNESSEE DEPARTMENT OF REVENUE        TENNESSEE DEPARTMENT OF REVENUE        TENNESSEE DEPARTMENT OF REVENUE
1301 RIVERFRONT PARKWAY                ATTN BANKRUPTCY                        CO ATTORNEY GENERAL
SUITE 203                              500 DEADRICK STREET                    PO BOX 20207
CHATTANOOGA  TN 37402-3312             NASHVILLE  TN 37242-0002               NASHVILLE  TN 37202-4015
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

US SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA SUITE 500
NASHVILLE   TN 37217-2021

UNITED STATES ATTORNEYS OFFICE
ATTN BANKRUPTCY
HOWARD H BAKER JR US COURTHOUSE
800 MARKET STREET   STE 211
KNOXVILLE   TN 37902-2342

UNITED STATES TRUSTEE
HISTORIC US COURTHOUSE
31 E ELEVENTH STREET
FOURTH FLOOR
CHATTANOOGA   TN 37402-2722


WYNDAM HOTEL
ROOM 19952
22 SYLVEY WAY
PARSIPPANY   NJ 07054

WYNDHAM CORPORATE
22 SYLVAN WAY
PARSIPPANY   NJ 07054-3801

BRENDA G BROOKS
SUBCHAPTER V TRUSTEE
6223 HIGHLAND PLACE WAY   SUITE 102
KNOXVILLE   TN 37919-4035


KABIR UDDIN
CO 4SIGHT LEGAL SERVICES   PLLC
620 LINDSAY STREET
SUITE 220
CHATTANOOGA   TN 37403-3461

MOHAMMED BABLU
CO 4SIGHT LEGAL SERVICES
620 LINDSAY STREET
SUITE 220
CHATTANOOGA   TN 37403-3461

MOHAMMED ABUL HOSSAIN
CO 4SIGHT LEGAL SERVICES   PLLC
620 LINDSAY STREET
SUITE 220
CHATTANOOGA   TN 37403-3461


MOHAMMED S BABLU
CO 4SIGHT LEGAL SERVICES   PLLC
620 LINDSAY STREET
SUITE 220
CHATTANOOGA   TN 37403-3461

NADIA I BABLU
CO 4SIGHT LEGAL SERVICES   PLLC
620 LINDSAY STREET
SUITE 220
CHATTANOOGA   TN 37403-3461

RABBIKUL ISLAM
CO 4SIGHT LEGAL SERVICES   PLLC
620 LINDSAY STREET
SUITE 220
CHATTANOOGA   TN 37403-3461


SHARNO ISLAM
CO 4SIGHT LEGAL SERVICES   PLLC
620 LINDSAY STREET
SUITE 220
CHATTANOOGA   TN 37403-3461

SURBHI PAGAR
KRISH ACCOUNTING AND TAX MANAGEMENT
LLC
6232 VANCE ROAD   SUITE 1
CHATTANOOGA   TN 37421-2978

COURT'S LIST OF INTERESTED PARTIES:

(U.S. Trustee)
United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402
represented by:
David Holesinger
Office of the United States Trustee
Historic U. S. Courthouse
31 East 11th Street, 4th Floor
Chattanooga, TN 37402

david.holesinger@usdoj.gov

Kabir Uddin
C/O 4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Chattanooga, TN 37403
(Stockholder)
represented by:
J. Edward Nanney, I
4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Tennessee
Chattanooga, TN 37403

ed@4sightlegalservices.com

(Creditor)
TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207
represented by:
Marvin E. Clements, Jr.
State of Tennessee Attorney General
P. O. Box 20207
Nashville, TN 37202-0207

agbankedchatt@ag.tn.gov

Daniel M. Eliades
K&L Gates LLP
One Newark Center
10th Floor
Newark, NJ 07102

Daniel.eliades@klgates.com

(Creditor)
Super 8 Worldwide, Inc.
c/o K&L Gates LLP
Attn.: Daniel M. Eliades, Esq.
One Newark Center
10th Floor
Newark, NJ 07102
represented by:
Caitlin C. Conklin
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102

caitlin.conklin@klgates.com

(Creditor)
SimplyBank.
represented by:
Wade K. Cannon
Gearhiser, Peters, Elliott & Cannon
320 McCallie Avenue
Chattanooga, TN 37402

wcannon@gearhiserpeters.com

(Accountant)
Surbhi Pagar
Krish Accounting and Tax Management, LLC
6232 Vance Road, Suite 1
Chattanooga, TN 37421

Sharno Islam
C/O 4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Chattanooga, TN 37403
(Stockholder)
represented by:
J. Edward Nanney, I
4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Tennessee
Chattanooga, TN 37403

ed@4sightlegalservices.com

Rabbikul Islam
C/O 4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Chattanooga, TN 37403
(fax)
(Stockholder)
represented by:
J. Edward Nanney, I
4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Tennessee
Chattanooga, TN 37403

ed@4sightlegalservices.com

Mohammed Abul Hossain
C/O 4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Chattanooga, TN 37403
(Stockholder)
represented by:
J. Edward Nanney, I
4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Tennessee
Chattanooga, TN 37403

ed@4sightlegalservices.com

(Trustee)
Brenda G. Brooks
Subchapter V Trustee
6223 Highland Place Way, Suite 102
Knoxville, TN 37919

bbrooks@moore-brooks.com

Kimberly Cambron
Fresh Start Law PC
PO Box 6095
Oak Ridge, TN 37831

kim@chattanoogalegalgroup.com

| | | |
|---|---|---|
| (Debtor)PRO SE<br>Bengal Five LLC DBA Super 8 Hotel<br>7024 McCutcheon Road<br>Chattanooga, TN 37421<br>Tax ID / EIN: 82-1430989<br>represented by:<br>David J. Fulton<br>Scarborough & Fulton<br>620 Lindsay Street<br>Suite 240<br>Chattanooga, TN 37403<br><br>djf@sfglegal.com | Nadia I. Bablu<br>C/O 4Sight Legal Services, PLLC<br>620 Lindsay Street<br>Suite 220<br>Chattanooga, TN 37403<br>(Stockholder)<br>represented by:<br>J. Edward Nanney, I<br>4Sight Legal Services, PLLC<br>620 Lindsay Street<br>Suite 220<br>Tennessee<br>Chattanooga, TN 37403<br><br>ed@4sightlegalservices.com | Mohammed S. Bablu<br>C/O 4Sight Legal Services, PLLC<br>620 Lindsay Street<br>Suite 220<br>Chattanooga, TN 37403<br>(Stockholder)<br>represented by:<br>J. Edward Nanney, I<br>4Sight Legal Services, PLLC<br>620 Lindsay Street<br>Suite 220<br>Tennessee<br>Chattanooga, TN 37403<br><br>ed@4sightlegalservices.com |

Mohammed Bablu
c/o 4Sight Legal Services
620 Lindsay Street
Suite 220
Chattanooga, TN 37403
(Stockholder)
represented by:
J. Edward Nanney, I
4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Tennessee
Chattanooga, TN 37403

ed@4sightlegalservices.com