**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BENGAL FIVE, LLC, DBA SUPER 8 HOTEL ) | No. 1:23-bk-12861-NWW |
| ) | Chapter 11 |
| Debtor ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 11, 2024, a copy of **Document #286**, Motion of Equity Security Holders to Dismiss Chapter 11 Bankruptcy of Bengal Five, LLC, was filed and sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Others listed on the attached creditors mailing matrix who do not receive notice of mailing by operation of the Court's electronic filing system will receive a copy via U. S. Mail, postage prepaid.

Bengal Five, LLC
7024 McCutcheon Road
Chattanooga, Tennessee 37421
**Debtor**
*(via U.S. Mail and email to*
*Bengal.Five@gmail.com*

Shamsul Munir
1432 Vance Road
Chattanooga, Tennessee 37421
**Majority Shareholder**
*(via U.S. Mail and email to*
*Munirs.Shams@gmail.com)*

Neal Pinkston
1216 E. Main Street, Suite 206
Chattanooga, Tennessee 37408
**Attorney for Shamsul Munir**
*(via U.S. Mail and email to*
*mnealpinskston@gmail.com)*

Mohammed Faridul Islam Kahn
2221 Manning Street, Apt. 1
Bronx, New York 10462-5001
**Majority Shareholder**
*(via U.S. Mail)*

| | |
|---|---|
| Ashek Kandaker<br>178 Wexford Terrace<br>Apt. 10<br>Jamaica, New York, 11432<br>**Majority Shareholder**<br>*(via U.S. Mail)* | David S. Catuogno<br>K&L Gates, LLP<br>One Newark Center, Tenth Floor<br>1085 Raymond Blvd<br>Newark, NJ 07102<br>***Attorneys for Super8 Worldwide, Inc.***<br>*(via ECF)* |
| Brenda Brooks, Attorney<br>6223 Highland Place Way, Suite 102<br>Knoxville, TN 37919-4035<br>**Subchapter V Trustee**<br>*(via ECF)* | TN Dept of Revenue<br>Marvin E. Clements, Jr.<br>c/o TN Attorney General's Office, Bankruptcy Division<br>**Attorney for Creditor, Tenn. Dept. of Revenue**<br>*(via ECF)* |
| David Holesinger, Esq.<br>Office of the United States Trustee<br>Historic U.S. Courthouse<br>31 East 11th St. 4th Floor<br>Chattanooga, TN 37402-4205<br>**Attorney for the United States Trustee**<br>*(via ECF)* | Wade K. Cannon, Esq.<br>Gearhiser, Peters, Elliott & Cannon, PLLC<br>320 McCallie Avenue<br>Chattanooga, TN 37402<br>**Attorneys for Simply Bank**<br>*(via U.S. Mail)* |
| U.S. Trustee<br>Historic U.S. Courthouse<br>31 East 11th Street, 4th Floor<br>Chattanooga, Tennessee 37402<br>*(via U.S. Mail)* | |

**This the 11th day of July, 2024.**          By: /s/ J. Edward Nanney TN BPR #009592

4SIGHT LEGAL SERVICES, PLLC

By:/s/ J. Edward Nanney
J. Edward Nanney, TN  BPR #009592
620 Lindsay Street, Suite 220
Chattanooga, Tennessee 37402
Tel. (423) 305-1704
Fax. (423) 305-1705
Email: ed@4sightlegalservices.com
Attorneys for the Equity Security Holders

```
Label Matrix for local noticing          AVM                                      (p)ASCENTIUM CAPITAL
0649-1                                   8925 Transport                           Attn: Dominic Diloreto
Case 1:23-bk-12861-NWW                   Ooltewah, TN 37363-6551                  239070 US 59 North
Eastern District of Tennessee                                                     Kingwood, TX 77339
Chattanooga
Wed Jul  3 11:39:48 EDT 2024

Mohammed Bablu                           Mohammed S. Bablu                        Nadia I. Bablu
c/o 4Sight Legal Services                C/O 4Sight Legal Services, PLLC          C/O 4Sight Legal Services, PLLC
620 Lindsay Street                       620 Lindsay Street                       620 Lindsay Street
Suite 220                                Suite 220                                Suite 220
Chattanooga, TN 37403-3461               Chattanooga, TN 37403-3461               Chattanooga, TN 37403-3461

Bengal Five LLC DBA Super 8 Hotel        Biz2Credit                               Brenda G. Brooks
7024 McCutcheon Road                     1 Penn Plaza, 31st Floor                 Subchapter V Trustee
Chattanooga, TN 37421-1747               New York, NY 10119-3100                  6223 Highland Place Way, Suite 102
                                                                                  Knoxville, TN 37919-4035

Wade K. Cannon                           City of Chattanooga                      Marvin E. Clements Jr.
Gearhiser, Peters, Elliott & Cannon      100 E 11th St                            State of Tennessee Attorney General
320 McCallie Avenue                      Suite 200                                P. O. Box 20207
Chattanooga, TN 37402-2018               Chattanooga, TN 37402-4288               Nashville, TN 37202-4015

Caitlin C. Conklin                       Daniel M. Eliades                        Golden Malted
K&L Gates LLP                            K&L Gates LLP                            50 Applied Bank
One Newark Center, 10th Floor            One Newark Center                        Glen Mills, PA 19342-1091
Newark, NJ 07102-5237                    10th Floor
                                         Newark, NJ 07102-5237

Hamilton County Property Tax             (p)HAMILTON COUNTY TRUSTEE               David Holesinger
625 Georgia Avenue, Room 210             ATTN BANKRUPTCY DEPT                     Office of the United States Trustee
Chattanooga, TN 37402-1494               625 GEORGIA AVENUE ROOM 210              Historic U. S. Courthouse
                                         CHATTANOOGA TN 37402-1494                31 East 11th Street, 4th Floor
                                                                                  Chattanooga, TN 37402-4205

Mohammed Abul Hossain                    (p)INTERNAL REVENUE SERVICE              Internal Revenue Service
C/O 4Sight Legal Services, PLLC          CENTRALIZED INSOLVENCY OPERATIONS        PO Box 7346
620 Lindsay Street                       PO BOX 7346                              Philadelphia, PA 19101-7346
Suite 220                                PHILADELPHIA PA 19101-7346
Chattanooga, TN 37403-3461

Rabbikul Islam                           Sharno Islam                             Itria Ventures
C/O 4Sight Legal Services, PLLC          C/O 4Sight Legal Services, PLLC          110 Penn Plaza
620 Lindsay Street                       620 Lindsay Street                       Suite 3101
Suite 220                                Suite 220                                New York, NY 10119
Chattanooga, TN 37403-3461               Chattanooga, TN 37403-3461

Itria Ventures LLC                       Laundry Equipment                        Lee Co
C. Kevin Kobbe                           1506 W Meadow Ct                         PO Box 306053
DLA Piper LLP (US)                       Sevierville, TN 37862-9359               Nashville, TN 37230-6053
650 South Exeter Street, Suite 1100
Baltimore, MD 21202-4576

J. Edward Nanney I                       Surbhi Pagar                             SBA
4Sight Legal Services, PLLC              Krish Accounting and Tax Management, LLC PO Box 3918
620 Lindsay Street                       6232 Vance Road, Suite 1                 Portland, OR 97208-3918
Suite 220                                Chattanooga, TN 37421-2978
Tennessee
Chattanooga, TN 37403-3461
```

SimplyBank.
c/o Wade K. Cannon, Esq.
320 McCallie Avenue
Chattanooga, TN 37402-2007

Southeastern Laundry
1105 Shana
Suite 1
Marietta, GA 30066-2777

Super 8 Worldwide, Inc.
c/o K&L Gates LLP
Attn.: Daniel M. Eliades, Esq.
One Newark Center
10th Floor
Newark, NJ 07102-5237

Super 8 Worldwide, Inc.
c/o K&L Gates LLP
Attn.: Caitlin C. Conklin, Esq.
One Newark Center, 10th Floor
Newark, NJ 07102-5237

Sysco
1390 Enclave Parkway
Houston, TX 77077-2099

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Tennessee Department of Revenue
1301 Riverfront Parkway
Suite 203
Chattanooga, TN 37402-3312

Tennessee Department of Revenue
ATTN: Bankruptcy
500 Deadrick Street
Nashville, TN 37242-0002

Tennessee Department of Revenue
c/o Attorney General
PO Box 20207
Nashville, TN 37202-4015

U.S. Small Business Administration
2 International Plaza Suite 500
Nashville, TN 37217-2021

Kabir Uddin
C/O 4Sight Legal Services, PLLC
620 Lindsay Street
Suite 220
Chattanooga, TN 37403-3461

United States Attorney's Office
ATTN: Bankruptcy
Howard H. Baker Jr. US Courthouse
800 Market Street, Ste 211
Knoxville, TN 37902-2342

United States Trustee
Historic U.S. Courthouse
31 E. Eleventh Street
Fourth Floor
Chattanooga, TN 37402-2722

Wyndam Hotel
Room 19952
22 Sylvey Way
Parsippany, NJ 07054

Wyndham Corporate
22 Sylvan Way
Parsippany, NJ 07054-3801

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascentium Capital
23970 Highway 59 North
Humble, TX, 77339

Hamilton County Trustee
Attn: Bankruptcy Dept.
625 Georgia Avenue, Room 210
Chattanooga, TN 37402

Internal Revenue Service
P. O. Box 21126
Philadelphia,, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA, 19101-7346

(u) SimplyBank.

End of Label Matrix
Mailable recipients   44
Bypassed recipients    2
Total                 46