

SO ORDERED.
SIGNED this 16th day of July, 2024

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Nicholas W. Whittenburg
UNITED STATES BANKRUPTCY JUDGE

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Bengal Five, LLC dba Super 8 Hotel | ) | No. 1:23-bk-12861-NWW |
| | ) | Chapter 11, Subchapter V |
| Debtor | ) | |

**ORDER CONTINUING STATUS CONFERENCE AND SETTING SCHEDULING CONFERENCE**

On May 23, 2024, the court entered an order setting a status conference to consider whether to set a deadline for debtor to file an amended plan. In light of debtor's pro se status and various motions to dismiss or convert case, the status conference was continued to July 16, 2024. At the July conference, the court set a scheduling conference for both the motion to dismiss filed by First Financial Bank, N.A. on June 20, 2024, and the motion to dismiss filed by Mohammed S. Bablu, Kabir Uddin, Mohammed Abdul Hossain, Nadia I. Bablu, Rabbikul Islam and Sharno Islam on July 3,

2024. Rather than deny confirmation at this time, the court will continue the status conference once again with the agreement of the parties.

Pursuant to 11 U.S.C. §§ 105(a), the court finds cause to continue the status conference to the date of the scheduling conference for the motions to dismiss or convert. Accordingly, it is

ORDERED that both conferences shall be held telephonically at 10:00 a.m. (Eastern Time) on Wednesday, August 14, 2024.

Please note the court's new telephonic hearing information. Parties shall appear using the court's teleconference number (423-212-5515, Access code: 234962427#).

# # #