**The order is approved as submitted except that the court reserves its right to reconsider whether notice has been sufficient at the time of the hearing based on the circumstances in this case.**



**SO ORDERED.**
**SIGNED this 20th day of September, 2024**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

___

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

In re:                                                      )
                                                            )
Bengal Five LLC DBA Super 8 Hotel      )    Case No. 1:23-bk-12861 NWW
                                                            )
            Debtor.                                 )        Chapter 7

___

### ORDER APPROVING SUPER 8 WORLDWIDE INC.'S MOTION TO SET EMERGENCY HEARING ON MOTION TO APPROVE STIPULATION AND CONSENT ORDER

___

Upon Motion of Super 8 Worldwide, Inc. ("SWI") for good cause shown and no adverse interest appearing, it is hereby

ORDERED that the Court will conduct an emergency hearing on September 26, 2024 at 9:00 a.m., Third Floor of the United States Bankruptcy Court, Courtroom A, Historic US Courthouse, 31 East 11th Street, Chattanooga, Tennessee to consider SWI's Motion for Stay Relief;

It is further

ORDERED that SWI shall provide notice of this hearing by service of this Order in order of preference by email, facsimile or overnight delivery upon the First Financial Bank and the 20 largest unsecured creditors, the Chapter 7 Trustee, the United States Trustee's Office, and the United States Attorney, and to file a certificate of service including to whom and how service was made.

# # #

APPROVED FOR ENTRY:

**K&L GATES LLP**
*Attorneys for Super 8 Worldwide, Inc.*


/s/ David S. Catuogno

David S. Catuogno, Esq (*admitted pro hac vice*)
One Newark Center, 10th Floor
1085 Raymond Boulevardl
Newark, New Jersey 07102
Telephone: (973) 848-4000
Email: david.catuogno@klgates.com